Otero et al., Recurrentes, *v.* El Registrador de Caguas, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de compraventa.

No. 554.—Resuelto en enero 8, 1923.

Registros de la Propiedad—Demarcación Territorial de los Registros de la Propiedad.—No existiendo ley alguna que disponga la segregación del barrio "Pasto" de la demarcación del registro de Caguas y su agregación al registro de Arecibo, continúa formando parte de aquel registro para todos los efectos del mismo, pues el hecho de que dicho barrio haya dejado de formar parte del municipio de Barros para los efectos municipales y haya sido agregado al de Morovis no es por sí solo bastante para que haya dejado de corresponder a la demarcación territorial del registro de Caguas y para que dicho registrador esté justificado en negar la inscripción de fincas situadas en dicho barrio.

Los hechos están expresados en la opinión.

Abogado de los recurrentes: *Sr. V. Polanco de Jesús.*

El registrador recurrido compareció por escrito.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En el Registro de la Propiedad de Caguas se hallan los libros correspondientes al municipio de Barros y en ellos hay varias inscripciones de fincas situadas en el barrio de Pasto de dicho municipio, siendo una de ellas a favor de Juan Cabán

Otero, casado con Concepción Rivera, verificada en 23 de diciembre de 1919. Esos esposos vendieron dicha finca en febrero de 1922 a Alberto Otero Robles y a su hijo Camilo Otero Santos manifestando que está situada en el barrio de Pasto, término de Morovis, antes de Barros, pero el Registardor de la Propiedad de Caguas se negó a inscribir la venta fundándose en que el barrio de Pasto corresponde ahora a Morovis, pueblo que no forma parte de la demarcación de su registro.

Contra esa negativa se interpuso este recurso gubernativo basado en que ella equivale a dejar sin efecto la inscripción de la finca; pero ésta no es la cuestión en este caso sino la de si el registrador de Caguas puede o no hacer la inscripción porque el barrio de Pasto, que antes correspondía al término municipal de Barros, incluído éste en la demarcación territorial del registro de Caguas, forma parte ahora del municipio de Morovis, que pertenece al registro de Arecibo.

Dispone el artículo 1º de la Ley Hipotecaria que no podrá alterarse la circunscripción territorial de los registros sino por una ley; y se establece en el artículo 11 del reglamento para la ejecución de la Ley Hipotecaria que cuando por alterarse la circunscripción territorial de un registro se haya de agregar a él un nuevo pueblo o partido rural, el Gobernador General de la isla señalará el día desde el cual deberán presentarse a dicho registro los documentos relativos a fincas situadas en el pueblo o partido agregado, publicándose con la conveniente anticipación en los periódicos oficiales, y que para llevar a efecto la agregación indicada se observarán las reglas consignadas en los artículos que siguen, que se refieren a la forma y manera de hacer los índices previos al pase de un registro a otro y a la manera de cerrar los libros en el registro del cual se ha hecho la segregación. Cuando en 10 de marzo de 1904 la legislatura dispuso en la ley asignando sueldo a los registradores de la propiedad y para otros fines que el término municipal de Comerío y el poblado de Hormigueros

quedaban segregados, respectivamente, de las demarcaciones de los registros de la propiedad de Caguas y San Germán, e incorporados, respectivamente, a la Sección Segunda del registro de San Juan y al registro de la propiedad de Mayagüez, dispuso asimismo la manera de hacer los traspasos de uno a otro registro y fijó la fecha desde la cual debían presentarse los documentos en el registro al que se había hecho la agregación.

En este caso no se nos cita por el registrador ley alguna, ni la conocemos, que disponga que el barrio de Pasto ha dejado de formar parte de la demarcación territorial del registro de Caguas y que ha pasado a formar parte de la del de Arecibo, limitándose a expresar en su alegato que según le ha informado el Comisionado Municipal de Morovis el barrio de Pasto dejó de pertenecer al pueblo de Barros desde el 15 de mayo de 1895 en que a petición de sus vecinos fué agregado al municipio de Morovis por orden del Gobernador General de esta isla y que el recurrente ha debido sacar certificaciones de los asientos de la finca para conseguir con ellas que sea inscrita en el registro de Arecibo para de ese modo obtener la inscripción de la venta que motiva este recurso.

No existiendo ley alguna que disponga la segregación del barrio de Pasto de la demarcación del registro de Caguas y su agregación al registro de Arecibo continúa formando parte de aquel registro para todos los efectos del mismo, pues el hecho de que dicho barrio haya dejado de formar parte del municipio de Barros para los efectos municipales y haya sido agregado al de Morovis no es por sí solo bastante para que haya dejado de corresponder a la demarcación territorial del registro de Caguas y para que dicho registrador esté justificado en negar la inscripción de fincas situadas en dicho barrio y, por tanto, la nota recurrida debe ser revocada y ordenarse la inscripción solicitada.

*Revocada la nota del registrador y ordenada la inscripción.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.